**Date signed April 02, 2004**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:                              :
                                    :
CHRISTY L. SIEG                     :   Case No. 04-12294PM
                                    :   Chapter 13
          Debtor                    :
- - - - - - - - - - - - - - - - - - :

**MEMORANDUM OF DECISION**
**(Attorney's Fees)**

Following the dismissal of this case on Debtor's motion without Debtor having taken part in a meeting of creditors, the court issued an Order to Debtor's counsel to justify the fees charged of $1,600.00. Because only $300.00 has been received by counsel, the court will not take any further action. However, there are serious shortcomings in the handling of this case that the court trusts will not recur.

Time was wasted by counsel. The bankruptcy estate and Debtor should not have to underwrite the inefficiency of counsel's office. For example, after counsel states that 2 hours was spent counseling the Debtor on January 29, 2004, the 1-1/2 hours said to be spent on January 31, 2004, was extraordinarily excessive for completing the two-page petition and the list of eight creditors. Moreover, an additional 1-1/2 hours was said to be spent that same time to prepare what was, in effect, a defective motion to value collateral. It is also difficult to understand how it can take 1/2 hour on February 2, 2004, to prepare a request to the office of the Chapter 13 Trustee to reschedule the Section 341 meeting.

Finally, it is astonishing that counsel, after spending time to request a continuance, actually attended the § 341 meeting of creditors, spending some 2-1/2 hours merely to show up and confirm what counsel previously advised the Trustee a month before. The court also has no confidence in the statement of services because counsel had two other Section 341 meetings scheduled at the same time that 2-1/2 hours is claimed to have been spent attending the meeting for this Debtor.

However, as stated above, inasmuch as counsel has only received $300.00 on account of the filing of this case, the court will not order any refund of that sum.

cc:
Christy L. Sieg, 214 Third Avenue, Brunswick, MD 21716
Renee O. Dyson, Esq., P.O. Box 1394, Washington Grove, MD 20880
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

**End of Memorandum**